**VAN–117** Hearing Conference Worksheet – Rev. 07/10/2018

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
Mark J Miller
103 Joe Baldwin Drive
Leland, NC 28451

CASE NO.: 19–01318–5–SWH

DATE FILED: March 22, 2019

**Wilmington Division**

CHAPTER: 13

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*13* – Motion for Relief from Stay (Fee 181) (Fee Paid) filed by Franklin Drake on behalf of Riegelwood Federal Credit Union (Drake, Franklin)

*20* – Response in Opposition to Motion for Relief from Stay (related document(s): 13 Motion for Relief from Stay filed by Creditor Riegelwood Federal Credit Union) filed by Mark J Miller (Harris, Donna)

Mark J Miller
103 Joe Baldwin Drive
Leland, NC 28451
910–840–6051

Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563
252 633–0074

Franklin Drake: 919–250–2000

DATED: April 9, 2019

Donna Harris